# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>CONRADO HERNANDEZ-LOPEZ,<br><br>　　　　　　　　Defendant. | CASE NO. 15CR220-MMA<br><br>**JUDGMENT OF DISMISSAL** |

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___　an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___　the Court has dismissed the case for unnecessary delay; or

_X_　the Court has granted the motion of the Government for dismissal, without prejudice; or

___　the Court has granted the motion of the defendant for a judgment of acquittal; or

___　a jury has been waived, and the Court has found the defendant not guilty; or

___　the jury has returned its verdict, finding the defendant not guilty;

_X_　of the offense as charged in the Information and Superseding Information:

　　8:1326(a) and (b); 8:1325 - Removed Alien Found in the United States; Improper Entry by an Alien.

---

　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 6/23/15

Mitchell D. Dembin
U.S. Magistrate Judge

FILED
JUN 23 2015
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY　　cp　　DEPUTY